ACCEPTED
01-15-00524 CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
7/8/2015 12:29:03 AM
CHRISTOPHER PRINE
CLERK

IN THE FIRST COURT OF APPEALS FOR THE COURT OF TEXAS

| | | |
|---|---|---|
| Benedict Emesowum | ) | FILED IN<br>1st COURT OF APPEALS<br>HOUSTON, TEXAS |
| Plaintiff | ) | |
| | ) | 7/8/2015 12:29:03 AM |
| Vs. | ) | Case No: 01-15-00524-CV CHRISTOPHER A. PRINE |
| | ) | Clerk |
| Christmas Eve Morgan | ) | |
| Defendant | ) | |

## STATEMENT ON JURISDICTION

Now comes Plaintiff and files this in response to the courts request for a statement on jurisdiction. Plaintiff motions this court for abatement of this appeal of indigency until the due date ordered for payment of the trial court filing fees and if this fee is still unpaid at that time. This may be best to avoid time, cost, and confusion of refilling appeal of the indigency.

Respectfully submitted,

_____

Benedict Emesowum
P.O. BOX 53911
Houston, TX 77052